IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRIE SHOEMAKER**                                                                 **PLAINTIFF**

v.                             No. 4:12-cv-638-DPM

**SYKES ENTERPRISES INC. and**
**NIKKI EDWARDS**                                                                  **DEFENDANTS**

## JUDGMENT

Based on the parties' stipulation, № 24, the Court dismisses Shoemaker's complaint with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 October 2013